IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA MOTLEY,

     Plaintiff,                    No. CIV S-08-0861 FCD GGH P

     vs.

STATE OF CALIFORNIA, et al.,

     Defendants.              FINDINGS AND RECOMMENDATIONS

/

     By Order, filed on May 9, 2008, plaintiff's complaint was dismissed with leave to file an amended complaint within thirty days. Plaintiff was therein informed that should she seek to proceed by way of a petition for writ of habeas corpus, rather than pursuant to 42 U.S.C. § 1983 in an amended complaint, she must file a new action. She was also informed that should she fail to file an amended complaint timely, the court would recommend dismissal of this action. The thirty day period has now expired and, although plaintiff did purport to file a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, as she was expressly instructed not to do in this proceeding,[1] plaintiff has not filed an amended complaint.

---

[1] Plaintiff is cautioned that should she seek to proceed on a habeas petition as a new action, the habeas corpus statute imposes a one year statute of limitations for filing non-capital habeas corpus petitions in federal court. In most cases, the one year period will start to run on the date on which the state court judgment became final by the conclusion of direct review or the expiration of

1

Accordingly, IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 07/23/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
mott0861.f&r

---

time for seeking direct review, although the statute of limitations is tolled while a properly filed application for state post-conviction or other collateral review is pending. 28 U.S.C. § 2244(d).