IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA MOTLEY,

    Plaintiff,                 No. CIV S-08-0861 FCD GGH P

    vs.

STATE OF CALIFORNIA, et al.,       <u>ORDER</u>

    Defendants.

_____/

        Plaintiff filed a document which the court construes as a request for an extension of time to file objections to the Findings and Recommendations, filed on January 30, 2009, recommending dismissal of this action with prejudice.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 23, 2009 (docket # 35), request for an extension of time, is granted in part; and

        2. Plaintiff is granted twenty (20) days from the date of this order in which to file objections to the Findings and Recommendations, filed on January 30, 2009 (docket # 34).

DATED: February 26, 2009

                                       /s/ Gregory G. Hollows

                                       _____
                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
mott0861.36